*Plaintiff(s) Counsel:*
Russell Berkowitz, Esq.
Berkowitz & Reinken
1010 Washington Boulevard
Stamford, Connecticut 06901
(T) 203-324-7909

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-04486<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| LINDA HOPE, Individually and as Administratrix of the Estate of BRETT E. HOPE,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LINDA HOPE, Individually and as Administratrix of the Estate of BRETT E. HOPE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009    By: _____
Russell Berkowitz, Esq.
Berkowitz & Reinken
1010 Washington Boulevard
Stamford, Connecticut 06901
(T) 203-324-7909

*Counsel for Plaintiff(s).*

DATED: _____April 15_____, 2009    By: _____
Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009



Hon. Charles R. Breyer
United States District Court